**UNITED STATES of America, Appellant, v. PAN CALIFORNIA OIL CORPORATION et al., Appellees.**

No. 8667.

Circuit Court of Appeals, Ninth Circuit.

Sept. 20, 1937.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

Joseph J. Rifkind, of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly; mandate forthwith.

---

**The UNITED STATES of America v. The SECURITIES COMPANY OF MILWAUKEE, Inc. (Whose Name Formerly was First Wisconsin Company).**

No. 6206.

Circuit Court of Appeals, Seventh Circuit.

June 14, 1937.

B. J. Husting, U. S. Atty., and E. J. Koelzer, Asst. U. S. Atty., of Milwaukee, Wis.

Miller, Mack & Fairchild and H. C. Hirschboeck, all of Milwaukee, Wis., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed without further costs to either party.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the above-named appellant and appellee, through their respective attorneys, that the appeal from the United States District Court for the Eastern District of Wisconsin in the above-entitled cause may be dismissed without further cost to either party and that an order so dismissing said appeal may be entered forthwith."

---

**UNITED STATES of America v. Frank TITZ.**

No. 1595.

Circuit Court of Appeals, Tenth Circuit.

Aug. 7, 1937.

R. T. McCluggage, Asst. U. S. Atty., of Topeka, Kan.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.